

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00306-CV

IN THE INTEREST OF B.S., A
CHILD

------------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 1, 2011, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  On July 11, 2011, appellant filed a motion for extension of time to file his brief.  On August 8, 2011, appellant's motion for extension of time to file brief was granted and we ordered that appellant's brief be filed by Wednesday, September 7, 2011.  Appellant's brief has not been filed.

------------

[1]*See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  October 6, 2011